# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV 08-910-PHX-ROS |
| Petitioner, | **ORDER** |
| vs. | |
| Mark E. Baroody, | |
| Respondent. | |

This matter is before the Court on the United States' Motion for Order to Show Cause. On June 12, 2008, Magistrate Judge Lawrence O. Anderson issued a Report & Recommendation (R & R) recommending granting the motion.

**IT IS ORDERED** that the R&R (Doc. 31) is **ADOPTED.**

**IT IS FURTHER ORDERED** that Respondent Mark E. Baroody appear before the United States District Court for the District of Arizona in the Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona, Sixth Floor, Courtroom No. 604, on **August 29, 2008, at 11:00 a.m.**, to show cause why he should not be held in civil contempt for violating the Order Enforcing Summons, the order requiring him to appear and conclude his testimony, and certain conditions of release.

**IT IS FURTHER ORDERED:**

1. Within ten (10) days of service of copies of this order on his attorney, Mr. Baroody shall file with the Clerk of the Court and serve on the United States Attorney a written response to the United States' Motion for Order to Show Cause. Any defenses to the motion that Mr. Baroody desires to make in opposition shall be made in this written response and shall be supported by appropriate affidavits.

2. Within five (5) days of service of any written response filed by Mr. Baroody, the United States may file an optional reply. Only those issues raised by motion or brought into controversy by the opposition shall be considered by the Court, and any uncontested allegations in the motion shall be deemed admitted.

DATED this 7th day of July, 2008.

_____
Roslyn O. Silver
United States District Judge