IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. cv-08-910-PHX-ROS |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Mark E. Baroody, | ) | |
| Respondent. | ) | |

Before the Court is the United States's Motion for Attorney's Fees (Doc. 36). There being no objections to the Report and Recommendation of the Magistrate Judge (Doc. 41),

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge.

**FURTHERED ORDERED** granting the United States's Motion.

DATED this 24th day of July, 2009.

_____
Roslyn O. Silver
United States District Judge